**ATTACHMENTS B-1**

In addition to effectuating seizure of the contents of the account(s), Bank of America is ORDERED

    (1) to refuse and not permit the withdrawal of any amount from said account(s) by anyone other than agents or designees of the Federal Bureau of Investigation ("FBI") and/or U.S. Department of Health and Human Services, Office of Inspector General ("HHS-OIG");

    (2) to provide promptly to FBI and/or HHS-OIG agents or their designees the current account balance(s) and specification of any other contents of the account(s); and

    (3) to continue to accrue any deposits, interest, dividends, and other amounts credited to said account(s) for a period of 60 days after the date of the seizure warrant or for a shorter period of time if agents of the FBI and/or HHS-OIG so direct.

It is further ORDERED that following the 60-day period or shorter period, if applicable, Bank of America shall immediately effect the seizure of all contents of the account(s), including any additional funds or property credited to the account(s), and transfer and provide such contents to FBI and/or HHS-OIG agents or their designees.

## **ATTACHMENTS B-2**

In addition to effectuating seizure of the contents of the account(s), Village Bank is ORDERED

(1) to refuse and not permit the withdrawal of any amount from said account(s) by anyone other than agents or designees of the Federal Bureau of Investigation ("FBI") and/or U.S. Department of Health and Human Services, Office of Inspector General ("HHS-OIG");

(2) to provide promptly to FBI and/or HHS-OIG agents or their designees the current account balance(s) and specification of any other contents of the account(s); and

(3) to continue to accrue any deposits, interest, dividends, and other amounts credited to said account(s) for a period of 60 days after the date of the seizure warrant or for a shorter period of time if agents of the FBI and/or HHS-OIG so direct.

It is further ORDERED that following the 60-day period or shorter period, if applicable, Village Bank shall immediately effect the seizure of all contents of the account(s), including any additional funds or property credited to the account(s), and transfer and provide such contents to FBI and/or HHS-OIG agents or their designees.

## ATTACHMENTS B-3

In addition to effectuating seizure of the contents of the account(s), Vanguard is ORDERED

(1) to refuse and not permit the withdrawal of any amount from said account(s) by anyone other than agents or designees of the Federal Bureau of Investigation ("FBI") and/or U.S. Department of Health and Human Services, Office of Inspector General ("HHS-OIG");

(2) to provide promptly to FBI and/or HHS-OIG agents or their designees the current account balance(s) and specification of any other contents of the account(s); and

(3) to continue to accrue any deposits, interest, dividends, and other amounts credited to said account(s) for a period of 60 days after the date of the seizure warrant or for a shorter period of time if agents of the FBI and/or HHS-OIG so direct.

It is further ORDERED that following the 60-day period or shorter period, if applicable, Vanguard shall immediately effect the seizure of all contents of the account(s), including any additional funds or property credited to the account(s), and transfer and provide such contents to FBI and/or HHS-OIG agents or their designees.

**ATTACHMENTS B-4**

In addition to effectuating seizure of the contents of the account(s), TD Ameritrade is ORDERED

(1) to refuse and not permit the withdrawal of any amount from said account(s) by anyone other than agents or designees of the Federal Bureau of Investigation ("FBI") and/or U.S. Department of Health and Human Services, Office of Inspector General ("HHS-OIG");

(2) to provide promptly to FBI and/or HHS-OIG agents or their designees the current account balance(s) and specification of any other contents of the account(s); and

(3) to continue to accrue any deposits, interest, dividends, and other amounts credited to said account(s) for a period of 60 days after the date of the seizure warrant or for a shorter period of time if agents of the FBI and/or HHS-OIG so direct.

It is further ORDERED that following the 60-day period or shorter period, if applicable, TD Ameritrade shall immediately effect the seizure of all contents of the account(s), including any additional funds or property credited to the account(s), and transfer and provide such contents to FBI and/or HHS-OIG agents or their designees.

## **ATTACHMENTS B-5**

In addition to effectuating seizure of the contents of the account(s), John Hancock is ORDERED

(1) to refuse and not permit the withdrawal of any amount from said account(s) by anyone other than agents or designees of the Federal Bureau of Investigation ("FBI") and/or U.S. Department of Health and Human Services, Office of Inspector General ("HHS-OIG");

(2) to provide promptly to FBI and/or HHS-OIG agents or their designees the current account balance(s) and specification of any other contents of the account(s); and

(3) to continue to accrue any deposits, interest, dividends, and other amounts credited to said account(s) for a period of 60 days after the date of the seizure warrant or for a shorter period of time if agents of the FBI and/or HHS-OIG so direct.

It is further ORDERED that following the 60-day period or shorter period, if applicable, John Hancock shall immediately effect the seizure of all contents of the account(s), including any additional funds or property credited to the account(s), and transfer and provide such contents to FBI and/or HHS-OIG agents or their designees.