# ATTACHMENTS A-1

Target Account 1 – all funds and assets in Bank of America ("BOA") account number ▇▇▇▇0760 that was opened on 4/24/2018 by Michael Brier (DOB of ▇▇/1962 and social security number ending in 3272) and another individual in the name of "Recovery Connection Centers of America,"

Target Account 2 – all funds and assets in BOA account ▇▇▇▇2420 that was opened on 11/13/2017 by Michael Brier (DOB of ▇▇/1962 and social security number ending in 3272),

Target Account 3 – all funds and assets in BOA account ▇▇▇▇6018 that was opened on 9/27/2019 by Michael Brier (DOB of ▇▇/1962 and social security number ending in 3272) and another individual in the name of Michael Brier and the other individual,

Target Account 4 – all funds and assets in BOA account ▇▇▇▇7190 that was opened on 4/29/2018 by Michael Brier (DOB of ▇▇/1962 and social security number ending in 3272) and another individual in the name of "Barrington Urgent Care, PC,"

Target Account 7 – all funds and assets in BOA account ▇▇▇▇8135 that was opened on 12/29/2021 by Michael Brier (DOB of ▇▇/1962 and social security number ending in 3272) in the name of "Recovery Connection Management Services,"

Target Account 8 – all funds and assets in BOA account ▇▇▇▇8148 that was opened on 12/29/2021 by Michael Brier (DOB of ▇▇/1962 and social security number ending in 3272) in the name of "Recovery Connection Management Services," and

Target Account 9 – all funds and assets in BOA account ▇▇▇▇2433 that was opened on 11/13/2017 by Michael Brier (DOB of ▇▇/1962 and social security number ending in 3272).

## **ATTACHMENTS A-2**

Target Account 5 – all funds and assets in Village Bank savings account ▮7114 that was opened on 9/18/2007 by an individual with a social security number ending in 0556, and

Target Account 6 – all funds and assets in Village Bank savings account ▮6277 that was opened on 9/18/2020 by an individual with a social security number ending in 0556.

## ATTACHMENT A-3

Target Account 10 – all funds and assets in Vanguard SEP IRA brokerage account ▓▓▓7970 that was opened on 1/11/2021 by Michael Brier (DOB of ▓▓▓▓1962 and social security number ending in 3272), and

Target Account 11 – all funds and assets in Vanguard Roth IRA brokerage account ▓▓▓4187 that was opened on 6/22/2020 by Michael Brier (DOB of ▓▓▓▓1962 and social security number ending in 3272).

## ATTACHMENT A-4

Target Account 12 – all funds and assets in TD Ameritrade account ████5118 that was opened on 11/20/2003 by an individual with a social security number ending in 0556.

**ATTACHMENT A-5**

Target Account 13 – all funds and assets associated with the participant Michael Brier (DOB of ███ 1962 and social security number ending in 3272) in John Hancock contract account ███ 0593 that was opened 5/15/19 by Michael Brier.

## ATTACHMENT A-6

Target Vehicle 1 – the 2019 Lexus RX350 sedan with Massachusetts license plate number 3MRM51 and VIN# 2T2BZMCA5KC199884 and which is registered to an individual at address 29 Kenilworth Street, Newton, MA 02458, and

Target Vehicle 2 – the 2020 Mercedes Benz GLE350 sedan with Massachusetts license plate number 2MMF74 and VIN # 4JGFB4KB0LA070862 and which is registered to an individual at address 29 Kenilworth Street, Newton, MA 02458.

## ATTACHMENT A-7

1. Target Property 1, which is the building, grounds, and associated curtilage located at **381 Wickenden Street, Providence, Rhode Island 02903**, that is currently owned by a person with initials R.B. and is legally described as follows:

> That certain lot or parcel of land with all buildings and improvements thereon, situated on the southerly side of Wickenden Street, in the City of Providence, County of Providence, State of Rhode Island, bounded and described as follows:
>
> Beginning at a point on said Wickenden Street approximately 46 feet westerly from Hope Street at land now or lately of Jorge and Mona Costa and running westerly bounding northerly on said Wickenden Street 46.02 feet to land now or formerly of Robert G. Abbott and Alfred E. Sliney; thence turning an angle of 102 degrees 16' 30" running southerly bounding westerly on said last named land now or formerly of Priscilla C. Silva and Priscilla B. Fallon; thence turning an angle of 77 degrees 49' and running easterly bounding southerly on said last named land in part and in part land now or lately of George Goulart, et ux. 61.24 feet to said Costa land thence turning an angle of 30 degrees 54' 30" and running northerly bounding easterly on said last name land 70.87 feet to the place of beginning.

2. Target Property 2, which is the building, grounds, and associated curtilage located at **29 Kenilworth Street, Newton, MA 02458**, that is currently owned by a person with intials R.B. and is legally described as follows:

> A certain parcel of land with the buildings thereon situated in Newton, Middlesex County, Commonwealth of Massachusetts, being Lot 7 on a "Plan of Land in Newton, Massachusetts, Belonging to Robert T. Fowler," dated June 29, 1916, E.S. Smilie, Surveyor, recorded with Middlesex South District Registry of Deeds, Plan Book 253, Plan 46, bounded and described as follows:
>
> | | |
> |---|---|
> | SOUTHERLY: | by Kenilworth Street, Sixty-Eight and 00/100 (68.00) feet; |
> | WESTERLY: | by Lot No. 6 on said Plan, Two Hundred One and 06/100 (201.06) feet; |
> | NORTHERLY: | by land now or late of Taylor, Sixty-Eight and 00/100 (68.00) feet; |

EASTERLY:	by Lot No. 8 on said plan, Two Hundred and 38/100 (200.38) feet.

Containing Thirteen Thousand Six Hundred and Forty-Nine (13,649) square feet in accordance with said Plan.

For title reference, see deed from R.B dated July 14, 2000 and recorded at the Middlesex South District Registry of Deeds in Book 31608, Page 270.